# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL E. NIKOLAS,** | ) | **CASE NO. 8:08CV87** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF OMAHA, a political subdivision of the State of Nebraska; S.P. BENSON, JR., an individual; and JOHN DOE, an individual,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Extension of Time to File Briefs. The parties request extensions of time, until January 15, 2009, to file their briefs and evidence in response to the pending motions for summary judgment.

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Extension of Time to File Briefs (Filing No. 36) is granted;

2. The Plaintiff shall respond to the Defendants' pending Motion for Summary Judgment (Filing No. 27) by filing his brief and index of evidence, if any, on or before January 15, 2009; and

3. The Defendants shall respond to the Plaintiff's pending Motion for Summary Judgment (Filing No. 31) by filing their brief and index of evidence, if any, on or before January 15, 2009.

DATED this 6th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge