## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL E. NIKOLAS,** | ) | **CASE NO: 8:08CV87** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **CITY OF OMAHA, a Political** | ) | |
| **Subdivision of the State of Nebraska,** | ) | |
| **S. P. BENSON, JR., an Individual, and** | ) | |
| **JOHN DOE, an Individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Before the Court is the Plaintiff's Motion to Strike (Filing No. 55) two Notices of

Appeal (Filing Nos. 50 & 52) as well as the Plaintiff's Amended Notice of Appeal  (Filing

No. 53).  The Motion will be granted.

IT IS SO ORDERED:

     1.    The Plaintiff's Motion to Strike (Filing No. 55) is granted; and

     2.    The Clerk of the Court is directed to strike Filing Nos. 50, 52, and 53.


DATED this 18th day of March, 2009.

                    BY THE COURT:


                    s/Laurie Smith Camp
                    United States District Judge